IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TAMMY L. BLACK,                    )
          Plaintiff,               )
                                   )
          v.                       )   Civil Action No. 06-659
                                   )
COMMISSIONER OF SOCIAL             )
SECURITY,                          )
          Defendant.               )

O   R   D   E   R

AND NOW, this 29th day of January, 2007, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying her claim for a period of disability or for disability insurance benefits and supplemental security income benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the defendant's motion for summary judgment (Document No. 14) is granted, and that the decision of the Commissioner is affirmed.

Joy Flowers Conti
United States District Judge

cc:   Counsel of Record

      Honorable Robert C. Mitchell
      United States Magistrate Judge